# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VICTOR MANUEL ORTIZ-VEGA,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>JANET NAPOLITANO, Secretary of the Department of Homeland Security, et al.,<br><br>　　　　　　　　　Respondents. | CASE NO.  C10-435-MJP<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, the parties' Stipulated Motion for Order of Dismissal, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. This action is DISMISSED without prejudice and without award of costs to either party;

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 18th day of June, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1